

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 20, 2021

By ECF
The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMORANDUM ENDORSEMENT**

Re:   *Dooley v. United States*, No. 18-cv-7136 (GWG)

Dear Judge Gorenstein:

This Office represents the United States (the "Government") in the above-captioned Federal Tort Claims Act action brought by Plaintiff Kevin Dooley. I write respectfully pursuant to Rules 1.B and 1.E of the Court's Individual Practices to request a three-week extension of the deadline for the parties to submit the pretrial materials described in the Court's April 15, 2021 Order (Dkt. No. 49), from May 14, 2021, to June 4, 2021.

The Government makes this request because of competing deadlines in other matters and a previously planned vacation scheduled from May 7, 2021, through May 14, 2021. This is the first request for an extension of the deadline to submit pretrial materials, and Plaintiff, through his counsel, consents to this request. This request does not affect any other deadlines in the matter.

We thank the Court for its consideration.

**Extension to June 4, 2021, granted.**

**So Ordered.**

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
**April 20, 2021**

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: _/s/ Danielle J. Levine_____
   DANIELLE J. LEVINE
   Assistant United States Attorney
   Telephone: 212-637-2689
   E-mail:   danielle.levine@usdoj.gov

cc:   Counsel of Record (via ECF)