UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
KEVIN DOOLEY,                                  :
                                                                        ORDER
                                                           :
         Plaintiff,
                                                           :         18 Civ. 7136 (GWG)
    v.
                                                           :
UNITED STATES OF AMERICA,
                                                           :
         Defendant.
-------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      The Court set a deadline for the filing of any summary judgment motion for "14 days following the conclusion of the mediation" (Docket # 47). The mediator reported on March 25, 2021, that the mediation had concluded. Any summary judgment motion was thus due at the latest on April 8, 2021. When no summary judgment motion was filed on that date, the Court set a deadline of May 14, 2021, for the filing of pretrial order materials, a date that was later extended to July 30, 2021 (Docket ## 49, 51, 56).

      Plaintiff has now purported to file three summary judgment motions (Docket ## 66, 67, 68). These motions are all denied. First, the motions are untimely, as just described. Second, the motions do not comply with Local Civil Rule 6.1 or 56.1. This denial is without prejudice to raising the same issues in an appropriate context during the trial.

      Additionally, the Court notes that plaintiff has improperly filed motions in limine without complying with the procedure outlined in Docket # 49 (requiring any such motions to be contained in a trial memorandum of law). Accordingly, the motions in limine (Docket ## 58, 59, 61, 62, 63, 64, 65) are all denied. The Court will grant an extension until August 6, 2021, for plaintiff to file any trial memorandum of law.

      Finally, the Court notes that plaintiff did not file his proposed findings of fact and conclusions of law as required by Docket # 49 but rather emailed them to Chambers. Plaintiff shall correct this error forthwith.

      SO ORDERED.

Dated: August 2, 2021
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge