# MICHAEL J. AVILES & ASSOCIATES, LLC
145 Hudson Street - Suite 5C
New York, New York 10013
Telephone (212) 307-0023
Telecopier (212) 307-0187
Maviles@mjavileslaw.com

August 13, 2021

**By ECF**
The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMORANDUM ENDORSEMENT

Re: *Dooley v United States,* No. 18-cv-7136 (GWG)

Dear Judge Gorenstein:

    We represent the Plaintiff, Kevin Dooley in the above mentioned action as against the USA under the Federal Tort Claims Act.  I am writing to request an extension of time until August 16, 2021 for the deadline for the submission our pretrial motions *in limine* required by this Court in their April 15, 2021 Order (Dkt. No. 71).  This request is pursuant to Rules 1B and 1E of the Court's Individual Practices.

    The reasons for said request are several, the first being that I misunderstood your order and I was alerted to my misunderstanding by defense counsels, Danielle Levine and Jennifer Jude, which I greatly appreciated.  My misunderstanding occurred in the midst of moving our office and my wrenching my back with constant muscle spasms.  I have a herniated disc which was aggravated by my lifting boxes which required medication.

    I sincerely apologize for my error.  I also apologize for my failure to conform to the Court rules for the form of our motions in the first instance.

    Defense counsel kindly has agreed to this request for an extension.

    We thank the Court for its time and consideration of this request.

1

        Respectfully

        Michael J. Aviles & Associates

        By: *RAYMOND A. RASKIN*
        Raymond Raskin, Of Counsel
           145 Hudson Street
        New York, New York
        Email:  rmorelli@rmlaw.nyc
        Phone:  645.594.8125

CC: Danielle Levine (via ECF)

**The deadline for plaintiff to file his trial memorandum of law (which may include applications for rulings in limine) is extended to August 16, 2021.**

**SO ORDERED.**
**Dated: August 13, 2021**

        _____
        GABRIEL W. GORENSTEIN
        United States Magistrate Judge

2