UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

KEVIN DOOLEY                                        :

                                                 :       <u>ORDER</u>

                 Plaintiffs,

                                               :       18 Civ. 7136 (GWG)

   -v.-

                                               :

UNITED STATES OF AMERICA

                                               :

                 Defendants.       :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      This Order is to inform the parties that there is a strong possibility that, due to COVID restrictions, the Court would not conduct an in-Court trial on January 24, 2022. The parties are directed to discuss whether they wish to proceed on January 24 by means of a video platform instead. If so, the parties should arrange for a reliable video platform that allows an audio-only dial-in number for the public. (The Court notes that the Government has arranged for such a platform in the past.) If this route is chosen, the parties should also arrange for a brief test run with witnesses and the Court in advance of the proceeding. The Court assumes that the exhibits previously submitted by the parties represent the universe of proposed exhibits and documents that may be shown to witnesses and/or presented to the Court. If not, the parties should arrange for the ability to transmit documents to witnesses by electronic means during testimony. (Documents may be transmitted to the Court during the proceeding by email.)

      If the parties prefer an in-Court proceeding, they may propose a date for an in-Court trial. The Court is available starting on March 7, 2022, or for most dates thereafter. Also, the Court is prepared (a) to reserve the January 24 date for a trial in the event that circumstances change and the Court determines an in-person trial is in fact feasible, and (b) to simultaneously hold a date in the future for a (presumptively) in court proceeding in the event we cannot go forward in person on January 24.

      The parties shall consult and make proposals by means of a jointly-filed letter at their earliest convenience.

SO ORDERED.

Dated:  January 3, 2022
           New York, New York

                                                                       _____
                                                                       GABRIEL W. GORENSTEIN
                                                                       United States Magistrate Judge