UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KEVIN DOOLEY                                              :

                                          :        ORDER
                Plaintiff,

                                          :        18 Civ. 7136 (GWG)
   -v.-
                                          :


UNITED STATES OF AMERICA                                  :

                                          :
                Defendant.
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      A verdict having been delivered by the Court on April 1, 2022, following trial, judgment is awarded in favor of the plaintiff, Kevin Dooley, against the defendant United States of America in the amount of $105,000.  The Clerk is directed to enter judgment and to close this case.

      SO ORDERED.

Dated: April 4, 2022
       New York, New York

                                                          _____
                                                          GABRIEL W. GORENSTEIN
                                                          United States Magistrate Judge