**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KEVIN DOOLEY,

                Plaintiff,                        18 **CIVIL** 7136 (GWG)

    -against-                                  **JUDGMENT**

UNITED STATES OF AMERICA,
                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Gabriel W. Gorenstein, United States Magistrate Judge, a verdict having been delivered by the Court on April 1, 2022, and judgment is awarded in favor of the plaintiff, Kevin Dooley, against defendant United States of America in the amount of $105,000; accordingly, the case is closed.

**DATED:**  New York, New York
           April   4   , 2022

                                                                      **RUBY J. KRAJICK**

**So Ordered:**                                             **Clerk of Court**

                                                    **BY:**
_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge                                   **Deputy Clerk**